IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
HAROLD KAHN and DEBORAH KAHN,           :
on behalf of plaintiffs and all         :
others similarly situated,              :
                                        :  Case No.: 17-cv-7540-NSR-PED
            Plaintiffs,                 :
                                        :
      v.                                :
                                        :
                                        :
SELECT PORTFOLIO SERVICING, INC.,       :
                                        :
            Defendant.                  :
---------------------------------------------------------------x

## SUPPLEMENTAL MOTION FOR PRELIMINARY APPROVAL OF
## THE CLASS ACTION SETTLEMENT

Plaintiffs Harold Kahn and Deborah Kahn (the "Plaintiffs" or "Class Representatives"), respectfully request that the Court enter a Supplemental Preliminary Approval order pursuant to Federal Rule of Civil Procedure 23(c)(1): (1) preliminarily approving the proposed Settlement Agreement with the added Addendum ("Addendum") to the Settlement Agreement that was preliminarily approved by the Court on March 25, 2019 ("Agreement" or "Settlement Agreement"); (2) directing Supplemental Notice to the Additional Class Members; and (3) setting dates for the Additional Class Members to submit claim forms, opt-outs, and objections, and scheduling a Fairness Hearing in accordance with Federal Rule of Civil Procedure 23(c)(2).

In support of their motion, the Plaintiffs state:

1. This action was brought by Plaintiffs Harold Kahn and Deborah Kahn on their own behalf and on behalf of all other persons similarly situated.

2. Plaintiffs' Complaint asserts a claim pursuant to the Fair Debt Collection Practices Act ("FDCPA") against Defendant Select Portfolio Servicing, Inc.("SPS" or

1

"Defendant"), in connection with monthly account statements on accelerated mortgage loans that stated that a late fee would be assessed if a monthly payment was not received by a date certain. Defendants deny all of these factual allegations and the Court has not made a finding of liability against Defendants.

3. Plaintiffs filed their initial Motion for Preliminary Approval of the Class Settlement on March 7, 2019 (Dkt # 72). The Court subsequently entered an Order granting Preliminary Approval of the Class Settlement on March 25, 2019 (Dkt # 73).

4. In accordance with the initial Preliminary Approval Order, on March 25, 2019, the Class Administrator caused Notice to be sent to the 5,082 accounts identified on the class list provided by Defendant. The Class Administrator received no objections and only nine opt-outs.

5. Subsequently, Plaintiffs' Counsel was informed by Defendant's counsel on July 3, 2019 that there were additional persons who satisfied the class definition who were inadvertently omitted from the class list.

6. There are a total 586 persons who were not included on the class list and thus did not receive notice of the settlement.

7. To address the 586 additional class members ("Additional Class Members") the parties have prepared the Addendum (Exhibit 1).

8. The Addendum provides for the mailing of the Supplemental Notice of Class Action Settlement to the Additional Class Members. (Exhibit 2).

9. Additionally, the Addendum provides for an increase to the Total Settlement Amount to be paid by Defendant. The increase to the Total Settlement Amount is proportional to the increase of the class size and as such the estimated amount of the recovery for class members who submit a valid and timely claim form is still $100-$200.

10. The Addendum modifies the Settlement Agreement as follows:

- The number of accounts that satisfies the class definition increases from 5,082 to 5,668.
- The Total Settlement Amount increased from $235,000 to $260,927.64.
- The Settlement Administration Costs increased from $10,250 to $11,425.
- The Amount of an Attorney Fee/ Litigation Award to be sought by Class Counsel increased from $99,750 to $111,247.32.

11. The proposed Notice to the Additional Class Members differs from the Notice sent to the Class Members in accordance with the initial Preliminary Approval Order in that it sets forth the monetary amounts of the Settlement as modified by the Addendum and sets new dates for the 586 Additional Class Members to submit claim forms, opt out or object to the Settlement.

12. The Addendum provides for the Additional Class Members to be afforded the same amount of time (45 days) to submit claim forms, requests for exclusions and objections, as provided by the initial Class Notice.

13. Plaintiffs respectfully request that this Court enter a Supplemental Preliminary Approval Order (1) preliminarily approving the Addendum; (2) directing Supplemental Notice to the Additional Class Members; and (3) setting dates for the Additional Class Members to submit claim forms, opt-outs, and objections, and to schedule a Fairness Hearing in accordance with Federal Rule of Civil Procedure 23(c)(2).

14. Plaintiffs do not seek to vacate the prior Preliminary Approval Order entered on March 25, 2019 (Dkt # 73).

15. The Additional Class Members satisfy the original class definition and as such this Court's prior provisional certification of the class for settlement purposes only changes as follows:

> (a) all individuals with property addresses in New York, (b) to whom SPS sent a monthly statement, (c) with respect to a loan that was over 30 days behind at the time SPS began servicing it, according to the records of SPS, (d) and had been accelerated at the time the monthly statement had been sent, (e) where the monthly statement referred to late charges for late payments, and (f) the monthly statement was sent at any time during a period beginning October 3, 2016 and ending October 3, 2017. It is estimated that the class includes approximately ~~5,082~~ 5,668 such accounts.

16. This Court determined that the proposed settlement class met the following requirements of Rule 23, in that:

   a. The Class, consisting of 5,668 accounts, is sufficiently numerous such that joinder is impracticable.

   b. There are questions of law and fact common to the Class that predominate over any questions affecting only individual members.

   c. The claims of the Representative Plaintiffs claims are typical to those of the Class Members.

   d. The Representative Plaintiffs and their counsel are adequate representatives for the Class.

   e. Settlement of this action on a class basis is the superior and appropriate method for the fair and efficient resolution of this controversy.

17. Under the terms of the Addendum and subject to court approval:

   a. A Class Settlement Fund of at least One Hundred and Twenty-Eight Thousand Dollars ($128,000) shall be created for equal distribution to class members who submit a valid and timely claim form. All coborrowers on an account shall be treated as one Class Member for purposes of the Settlement. Although it is unlikely, if a claim form is received on behalf of all 5,668 class members, each class member will receive a distribution of

       approximately $22.58 from the Class Settlement Fund. Based on Class Counsel's experience, Class Counsel expects 10%-20% of the class members will submit claim forms resulting in a recovery of approximately $225.83-$112.91 per class member.

b. The Representative Plaintiffs shall receive $1,000.00 each for their statutory and actual damages. Additionally, on June 10, 2019 the Representative Plaintiffs petitioned the Court for a Class Representative Award of $4,000.00 each for their service as class representatives. (Dkt # 76).

c. Defendant has advanced Ten Thousand Two Hundred and Fifty Dollars ($10,250) for the costs of class notice and administration directly to Class-Settlement.com. Defendant shall advance an additional One Thousand One Hundred and Seventy-Five Dollars ($1,175.00) directly to Class-Settlement.com to facilitate the sending of the Supplemental Class Notice to the Additional Class Members.

d. The Settlement Administrator shall cause the Supplemental Notice to be mailed to the Additional Class Members within ten (10) business days after entry of the Supplemental Preliminary Approval Order.

e. The Additional Class Members shall have 45 days after the Supplemental Class Notice mailing deadline to submit a claim form, object, opt out or request exclusion from the Settlement.

f. Class Counsel may file a supplemental petition for Attorney's Fees/ Litigation Award not to exceed One Hundred Eleven Thousand Two

Hundred Forty-Seven dollars and thirty-two cents ($111,247.32) in accordance with the terms of the Addendum. Class Counsel's initial petition for Attorney's Fees/ Litigation Award was filed on June 10, 2019 (Dkt # 76).

18. Counsel for the Representative Plaintiffs and the Class believes that the settlement of this action on the terms and conditions set forth in the Addendum is fair, reasonable, and adequate, and would be in the best interests of the members of the Class.

19. The Parties desire to settle and compromise the litigation on the terms and conditions embodied in the Addendum.

20. The Patties have agreed on the form of Supplemental Notice to be sent to each of the Additional Class Members, attached as <u>Exhibit 2</u>, via first class mail. The Parties have agreed that no further notice to the Additional Class Members or the Class as a whole is required.

21. The Parties have agreed on the proposed Amended Preliminary Approval Order Order, attached as <u>Exhibit 3</u>.

WHEREFORE, Plaintiffs respectfully request that the Court enter a Supplemental Preliminary Approval Order: (1) preliminarily approving the Addendum; (2) directing defendant to advance One Thousand One Hundred and Seventy-Five Dollars ($1,175.00) directly to the Settlement Administrator to facilitate the sending of the Supplemental Class Notice to the Additional Class Members; (3) directing notice to be sent to the Additional Class Members via first class mail; and (3) setting dates for claim form submission, opt-outs, objections, submission of a supplement to Class Counsel's fee petition and a hearing under Federal Rule of Civil Procedure 23(c)(2).

Dated: Chicago, Illinois
       September 6, 2019

EDELMAN COMBS LATTURNER
& GOODWIN, LLC

By:  */s/Tiffany Hardy*
     Tiffany Hardy

<u>Attorneys for the Plaintiff</u>:
20 South. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200

## CERTIFICATE OF SERVICE

   I, Tiffany N. Hardy, hereby certify that on Friday, September 6, 2019, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record.

                        s/ *Tiffany N. Hardy*
                        Tiffany N. Hardy

Tiffany N Hardy
EDELMAN COMBS LATTURNER
& GOODWIN, LLC
20 South. Clark Street, Suite 1500
Chicago, IL  60603
(312)739-4200
(312)419-0379(Fax)