**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x

| | |
|---|---|
| HAROLD KAHN and DEBORAH KAHN, on behalf of plaintiffs and all others similarly situated, | : : : : |
| Plaintiffs, | : : |
| v. | : : |
| SELECT PORTFOLIO SERVICING INC., | : : : |
| Defendants. | : |

Case No.: 17-cv-7540-NSR-PED

----------------------------------------------------------------x

## MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT

Plaintiffs, Harold Kahn and Deborah Kahn, respectfully request that this Court enter an Order granting preliminary approval to the Class Action Settlement. In Support of this Motion, Plaintiffs submit the attached Memorandum in Support of Final Approval along with the Appendices attached thereto.

Respectfully submitted,

/s/Tiffany N. Hardy
Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
   & GODOWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60602
Phone: (312) 739-4200
Fax: (312) 419-0379

Lawrence Katz
LAW OFFICES OF LAWRENCE KATZ
70 East Sunrise Highway, Suite 500
Valley Stream, NY 11581
(516) 374-2118
(516) 544-8878 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Tiffany Hardy, hereby certify that on Friday, January 10, 2020 I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record.

                                                                s/ Tiffany Hardy
                                                                 Tiffany Hardy

Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)